UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RSL SENIOR PARTNERS LLC,**
**derivatively and on behalf of LIBERTY**
**TAX, INC.**

        Plaintiff,

   v.                                  Civil Action No. 2:18cv127

**EDWARD L. BRUNOT, JOHN T.**
**HEWITT, KATHLEEN E. DONOVAN,**
**GORDON D'ANGELO, JOHN GAREL,**
**THOMAS HERSKOVITS, ROBERT M.**
**HOWARD, ROSS N. LONGFIELD,**
**STEVEN IBBOTSON, ELLEN M.**
**MCDOWELL, NICOLE OSSENFORT,**
**GEORGE ROBSON, and JOHN SEAL,**

        Defendants,

   **and**

**LIBERTY TAX, INC.,**

        Nominal Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion, ECF 104, is **GRANTED**, and it is **ORDERED**, that pursuant to Federal Rule of Civil Procedure 23.l(c), the Court **APPROVES** the settlement ordered in the Delaware Action which incorporates the Plaintiff's claims in this action and **APPROVES** the $295,000 in attorney's fees and expenses that Defendants' insurer agreed to pay Plaintiff's counsel, including the case contribution award of $2,000 to Plaintiff. Accordingly, this matter is now **DISMISSED WITH PREJUDICE**.

Dated: September 23, 2019                  FERNANDO GALINDO, Clerk
*Nunc pro tunc* September 12, 2019

                                                By:        /s/
                                                           B. Peters, Deputy Clerk